THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| C.S., a minor, by and through his mother, SONYA STOKES, J.R., a minor, by and through his mother, QUINIECA TAYLOR, D.B., a minor, by and through his mother, KIMBERLEY FALL, and K.C., by and through his guardian ad litem, MARIE CALLENDRET, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br> v. <br><br> KING COUNTY, <br><br> Defendant. | CASE NO. C17-1560-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's unopposed motion to appoint a guardian *ad litem* (GAL) for Plaintiff K.C., a minor (Dkt. No. 20). Where a minor is unrepresented in an action, the Court must appoint a GAL. Fed. R. Civ. P. 17(c)(2). Appointment of a GAL is appropriate in this case to represent K.C.'s interests. Marie Callendret is a suitable person with the requisite knowledge and expertise to perform the duties required to protect K.C.'s fiduciary and legal interests in this case. Accordingly, Plaintiff's motion (Dkt. No. 20) is

1. GRANTED.

2. DATED this 12th day of April 2018.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk

MINUTE ORDER C17-1560-JCC
PAGE - 2