THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| C.S, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KING COUNTY, *et al.*, <br><br> Defendants. | CASE NO. C17-1560-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Presently before the Court are Plaintiffs' motions to approve settlement (Dkt. No. 24) and dismiss (Dkt. No. 28). The Court cannot rule on these motions until a *guardian ad litem* is appointed on Plaintiffs' behalf for purposes of settlement. Plaintiff recently moved for such an appointment (Dkt. No. 30). That motion notes August 17, 2018. Accordingly, the Clerk is DIRECTED to re-note Plaintiffs' motions to approve settlement and dismiss (Dkt. Nos. 24, 28) to August 17, 2018.

DATED this 8th day of August 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER C17-1560-JCC
PAGE - 1